IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PAUL J. MARTIN,            )
                           )
     Plaintiff,            )
                           )
     v.                    )     1:05CV00731
                           )
PATRICK INDUSTRIES, INC.,  )
                           )
     Defendant.            )

ORDER and JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Defendant Patrick Industries, Inc.'s Motion for Summary Judgment [31] is GRANTED.

This the 13th day of March 2007.

_____
United States District Judge